UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR98-00243Z-001 |
| Plaintiff, ) | |
| ) | SUMMARY REPORT OF U.S. |
| v. ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| LI HUI GUAN, ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on supervised release revocation in this case was scheduled before the undersigned Magistrate Judge on April 7, 2005. The United States was represented by Assistant United States Attorney Jim Lord, and the defendant by Ms. JoAnn Oliver. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about October 5, 1998, by the Honorable Thomas S. Zilly on a charge of Collection of a Debt by Extortionate Means, and sentenced to forty-six (46) months imprisonment, and three (3) years supervised release.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws and with the standard conditions of supervision. Other special conditions included substance abuse treatment and testing, mental health treatment, financial disclosure, search, no gang association, no firearms, and restitution.

In an application dated March 30, 2005, U.S. Probation Officer Michael K. Banks alleged

the following violation of the conditions of supervised release:  possessing marijuana on March 18, 2005, in violation of the general condition that he not commit another federal, state, or local crime.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violation and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition.  The disposition hearing is to be set before Judge Thomas S. Zilly, on April 26, 2005, at 1:30 p.m.

Pending a final determination by the Court, defendant has been detained.

DATED this 8th day of April, 2005.

s/ JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:        Honorable Thomas S. Zilly
     AUSA:                  Mr. Jim Lord
     Defendant's attorney:  Ms. JoAnn Oliver
     Probation officer:     Mr. Michael K. Banks

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 2